IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Juan Jose Colon-Arriaga,<br><br>　　　　Petitioner,<br><br>v.<br><br>Stevie Knight, Warden, and Melissa Forsyth, Camp Administrator,<br><br>　　　　Respondents. | C/A No. 1:21-cv-741-JFA-SVH<br><br>**ORDER** |

　　　　Juan Jose Colon-Arriaga ("Petitioner"), proceeding pro se, is an inmate incarcerated at the Federal Correctional Institution Estill ("FCI-Estill") in Estill, South Carolina. He filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Previously, on September 2, 2021, the court adopted the Report and Recommendation (ECF No. 25) suggesting that Respondent's motion for summary judgment be granted. (ECF No. 29). At the time this order was filed, the court had not received any objections from Petitioner. However, the court has since received untimely objections to the Report. (ECF No. 33). Along with these objections, Petitioner has submitted a statement averring that his original objections were given to correctional officers to be mailed on August 16, 2021 (which would have made them timely), but apparently never received by the court. Therefore, Petitioner requests that the court reinstate his petition and consider his objections.

　　　　Given Petitioner's attestation that his objections were originally mailed within the time allowed, the court finds it prudent to vacate its prior order adopting the Report. (ECF

No. 29). Respondent is ordered to respond to Petitioner's objections within 14 days of the date of this order.

IT IS SO ORDERED.

September 24, 2021  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge